IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>HARD LINE EXCAVATING INC., A California Corporation,<br><br>   Defendant.<br>_____/ | No. C 06-01577 WHA<br><br><br>**ORDER GRANTING IN PART PLAINTIFFS' REQUEST FOR CONTINUANCE** |

The Court hereby **GRANTS** in part plaintiffs' request for continuance of the case management conference to **JUNE 29, 2006, AT 11:00 A.M.** Please file a joint case management statement no later than **JUNE 22, 2006**.

**PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.**

**IT IS SO ORDERED.**

Dated: May 30, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE