IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>HARD LINE EXCAVATING INC., A California Corporation,<br><br>    Defendant.<br>_____ / | No. C 06-01577 WHA<br><br>**ORDER DENYING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

    Good cause not shown, the Court **DENIES** the parties' request to continue the case management conference. Trial counsel shall appear at the case management conference currently set for **JUNE 29, 2006, AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: June 26, 2006.

                                            WILLIAM ALSUP<br>                                            UNITED STATES DISTRICT JUDGE